AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    **3:26-cv-00284-JPG**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Kwame Raoul**
was recieved by me on  **3/23/2026:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Erica Torres**, who is designated by law to accept service of process on behalf of **Kwame Raoul** at **115 South LaSalle Street, Chicago, IL 60603** on **03/23/2026 at 3:03 PM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 86.00** for services, for a total of **$ 86.00**.

I declare under penalty of perjury that this information is true.

Date:  03/24/2026

_____
*Server's signature*

**Christopher Anthony Rodriquez**
*Printed name and title*

**10 South Riverside Plaza**
**Suite 875**
**Chicago, IL 60606**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; EXHIBITS; CIVIL COVER SHEET; Notice & Consent to Magistrate Judge Jurisdiction,  to Erica Torres who identified themselves as the person authorized to accept with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic female contact 25-35 years of age, 5'6"-5'8" tall and weighing 180-200 lbs with glasses.**





Tracking #: **0214862481**